FORM 8A. Entry of Appearance                                                                                                   Form 8A (p.1)
                                                                                                                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1133

**Short Case Caption:** Applications in Internet Time, LLC v. Salesforce, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Applications in Internet Time, LLC

| | | |
|---|---|---|
| **Principal Counsel:** Michael DeVincenzo | | Admission Date: 4/29/2011 |
| Firm/Agency/Org.: King & Wood Mallesons LLP | | |
| Address: 500 Fifth Avenue, 50th Floor, New York, NY 10110, USA | | |
| Phone: 212.319.4755 | | Email: michael.devincenzo@us.kwm.com |
| **Other Counsel:** Charles Wizenfeld | | Admission Date: 5/12/2009 |
| Firm/Agency/Org.: King & Wood Mallesons LLP | | |
| Address: 500 Fifth Avenue, 50th Floor, New York, NY 10110, USA | | |
| Phone: 212.319.4755 | | Email: charles.wizenfeld@us.kwm.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/22/23                                    Signature: /s/ Michael DeVincenzo

                                                                  Name:              Michael DeVincenzo

FORM 8A. Entry of Appearance								Form 8A (p.2)
										July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Andrea Pacelli | Admission Date: 09/21/2017 |
|---|---|
| Firm/Agency/Org.: King & Wood Mallesons LLP | |
| Address: 500 Fifth Avenue, 50th Floor, New York, NY 10110, USA | |
| Phone: 212.319.4755 | Email: andrea.pacelli@us.kwm.com |
| **Other Counsel:** Steven C. Sereboff | Admission Date: 06/24/1992 |
| Firm/Agency/Org.: SoCal IP Law Group LLP | |
| Address: 1332 Anacapa, Suite 201, Santa Barbara, CA 93101 | |
| Phone: (805) 230-1356 | Email: ssereboff@socalip.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

**PROOF OF SERVICE**

      This is to certify that I have this day served the foregoing document upon counsel through the Court's CM/ECF system.

Dated: November 22, 2023                               Respectfully submitted,

                                                                      */s/ Michael DeVincenzo*
                                                                      Michael DeVincenzo
                                                                      KING & WOOD MALLESONS LLP
                                                                      500 FIFTH AVENUE, 50TH FLOOR
                                                                      NEW YORK, NY 10110
                                                                      Telephone (212) 319-4755
                                                                      Facsimile (917) 591-8167
                                                                      michael.devincenzo@us.kwm.com