FORM 26. Docketing Statement | Form 26 (p. 1) July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1133

**Short Case Caption:** Applications in Internet Time, LLC v. Salesforce, Inc.

**Filing Party/Entity:** Applications in Internet Time, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| United States District Court for the District of Nevada | 3:13-cv-00628-RCJ-CLB | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of grant of summary judgment of no infringement and invalidity and of denial of summary judgment of no anticipation

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Judgment of no infringement and invalidity of claims 1, 10, 20-21, 23-26, 30, and 40 of U.S. Patent No. 7,356,482 and claims 13-17 of U.S. Patent No. 8,484,111 ("Asserted Claims")

**Briefly describe the judgment/order appealed from:**

The district court granted Defendant's motion for summary judgment of no infringement of all Asserted Claims, granted Defendant's motion for summary judgment of invalidity of all Asserted Claims, and denied Plaintiff's motion for summary judgment of no anticipation of all Asserted Claims.

**Nature of judgment (select one):**     **Date of judgment:** 9/12/22

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

[ ]

Issues to be raised on appeal:  ☐ None/Not Applicable

Construction of claim term "automatically detect[ing]"; infringement of the Asserted Claims; validity of the Asserted Claims.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes    ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

[ ]

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

Resolution of the case without appellate review will not reverse the district court's finding of invalidity as a matter of law

Provide any other information relevant to the inclusion of this case in the court's mediation program.

[ ]

Date: 11/22/23           Signature: /s/ Michael DeVincenzo
                         Name:      Michael DeVincenzo

Save for Filing

**PROOF OF SERVICE**

    This is to certify that I have this day served the foregoing document upon counsel through the Court's CM/ECF system.

Dated: November 22, 2023                          Respectfully submitted,

                                                 */s/ Michael DeVincenzo*
                                                 Michael DeVincenzo
                                                 KING & WOOD MALLESONS LLP
                                                 500 FIFTH AVENUE, 50TH FLOOR
                                                 NEW YORK, NY 10110
                                                 Telephone (212) 319-4755
                                                 Facsimile (917) 591-8167
                                                 michael.devincenzo@us.kwm.com