FORM 9. Certificate of Interest  Form 9 (p. 1)
 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2024-1133

**Short Case Caption** Applications in Internet Time, LLC v. Salesforce, Inc.

**Filing Party/Entity** Applications in Internet Time, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/22/2023     Signature: /s/ Michael DeVincenzo

 Name: Michael DeVincenzo

FORM 9. Certificate of Interest                                          Form 9 (p. 2)
                                                                         March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Applications in Internet Time, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                    Form 9 (p. 3)
                                                                   March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| Christopher D. Banys, Jennifer Chia-Ying Lu, Richard Cheng-Hong Lin (Banys P.C.) | Nicholas S. Boebel, Steve W. Berman, Philip J. Graves (Hagens Berman Sobol Shapiro LLP) | Daniel C. Miller, Elizabeth A. Long, Eric P. Berger, Mark S. Raskin (King & Wood Mallesons LLP) |
| Barry L. Breslow, Keegan G. Low, Michael A. Burke (Robison, Sharp, Sullivan & Brust) | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**PROOF OF SERVICE**

      This is to certify that I have this day served the foregoing document upon counsel through the Court's CM/ECF system.

Dated: November 22, 2023                    Respectfully submitted,

                                                  */s/ Michael DeVincenzo*
                                                  Michael DeVincenzo
                                                  KING & WOOD MALLESONS LLP
                                                  500 FIFTH AVENUE, 50TH FLOOR
                                                  NEW YORK, NY 10110
                                                  Telephone (212) 319-4755
                                                  Facsimile (917) 591-8167
                                                  michael.devincenzo@us.kwm.com