FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1133

**Short Case Caption:** Applications In Internet Time, LLC v. Salesforce, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | | |
|---|---|---|
| Salesforce, Inc. | | |
| **Principal Counsel:** Kevin P.B. Johnson | | Admission Date: 2/15/1994 |
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan, LLP | | |
| Address: 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | | |
| Phone: 650-801-5000 | | Email: kevinjohnson@quinnemanuel.com |
| **Other Counsel:** Ray R Zado | | Admission Date: 8/27/2015 |
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan, LLP | | |
| Address: 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | | |
| Phone: 650-801-5000 | | Email: rayzado@quinnemanuel.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/22/23                    Signature: /s/ Kevin P.B. Johnson

                                  Name:      Kevin P.B. Johnson

FORM 8A. Entry of Appearance

Form 8A (p.2)
July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Sam S. Stake | Admission Date: 8/30/2018 |
|---|---|
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan, LLP | |
| Address: 50 California Street, 22nd Floor, San Francisco, California 94111 | |
| Phone: 415-875-6600 | Email: samstake@quinnemanuel.com |
| **Other Counsel:** Brian Cannon | Admission Date: 8/21/2002 |
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan, LLP | |
| Address: 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | |
| Phone: 650-801-5000 | Email: braincannon@quinnemanuel.com |
| **Other Counsel:** Ognjen Zivojnovic | Admission Date: 04/11/2018 |
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan, LLP | |
| Address: 50 California Street, 22nd Floor, San Francisco, California 94111 | |
| Phone: 415-875-6600 | Email: ogizivojnovic@quinnemanuel.com |
| **Other Counsel:** Gavin Snyder | Admission Date: 11/12/2014 |
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan, LLP | |
| Address: 1109 First Avenue, Suite 210, Seattle, Washington 98101 | |
| Phone: 206-905-7000 | Email: gavinsnyder@quinnemanuel.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |