FORM 26. Docketing Statement

Form 26 (p. 1)<br>July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1133

**Short Case Caption:** Applications In Internet Time, LLC v. Salesforce, Inc.

**Filing Party/Entity:** Salesforce, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. District Court, D. Nev. | 3:13-cv-00628-RCJ | Patent |

Relief sought on appeal: ☐ None/Not Applicable

Affirm the District Court's Final Judgment

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

The District Court's order granting of Defendant-Appellee Salesforce, Inc.'s motion for summary judgment of invalidity and non-infringement of US Patent No. 7,356,482 and US Patent No. 8,484,111, and denying Plaintiff-Appellant Application In Internet Time, LLC's cross-motion for summary judgment.

Nature of judgment (select one):     Date of judgment: 9/12/23

    ☑ Final Judgment, 28 USC § 1295
    ☐ Rule 54(b)
    ☐ Interlocutory Order (specify type) _____
    ☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ☑ None/Not Applicable

Issues to be raised on appeal:   ☐ None/Not Applicable

Affirm the District Court's Final Judgment.

Have there been discussions with other parties relating to settlement of this case?

☑     Yes     ☐     No

If "yes," when were the last such discussions?

☐  Before the case was filed below
☑  During the pendency of the case below
☐  Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?          ☑ Yes          ☐ No

If they were mediated, by whom?

Mag. Judge Robert A. McQuaid Jr.; Mag. Judge Valerie P. Cooke

Do you believe that this case may be amenable to mediation? ☐ Yes     ☑ No

Explain.

The parties have engaged in settlement discussions but none to date have been successful.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

Date:   11/22/23                Signature:   /s/ Kevin P.B. Johnson

                                Name:        Kevin P.B. Johnson

Save for Filing